UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JEFFREY ALLEN ZIOLKOWSKI, JR.,

        Defendant.

_____/

Case No. 2:24-mj-82

Hon. Maarten Vermaat
U.S. Magistrate Judge

## ORDER FOR DETENTION

Defendant appeared before the undersigned for a continued initial appearance and plea on September 27, 2024 on a criminal complaint charging him with several Class B misdemeanors. Defendant entered a plea to Counts 2 and 4 of the criminal complaint.

U.S. Probation advised the Court that Defendant has outstanding warrants on two other state court proceedings and if this Court were to release him, he would be returned to custody in one of those jurisdictions.

IT IS HEREBY ORDERED that Defendant shall remain detained pending sentencing.

IT IS SO ORDERED.

Dated: September 27, 2024          /s/ *Maarten Vermaat*
                                                MAARTEN VERMAAT
                                                U.S. MAGISTRATE JUDGE