UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-mj-82 |
| Plaintiff, | Hon. Maarten Vermaat<br>U.S. Magistrate Judge |
| v. | |
| JEFFREY ALLEN ZIOLKOWSKI, JR, | |
| Defendant._____/ | |

## ORDER REVOKING BOND

Defendant Jeffrey Allen Ziolkowski, Jr. appeared before the undersigned on November 18, 2024 for hearing on the petition and order regarding conditions of pretrial release. (ECF No. 20.)

For reasons stated on the record:

IT IS HEREBY ORDERED that Defendant's bond is revoked.

IT IS FURTHER ORDERED that Defendant will remain detained pending trial.

IT IS ORDERED.

Date: November 18, 2024                    /s/ *Maarten Vermaat*
                                            MAARTEN VERMAAT
                                            U.S. MAGISTRATE JUDGE